**Order entered June 29, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01059-CV

### KOFI OBENG AND OBENSTAR, LLC, Appellants

### V.

### COPART, INC., COPART OF TEXAS, INC., AND COPART OF HOUSTON, INC., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02553-B**

### ORDER

The Court has been informed that the supplemental clerk's record filed June 11, 2021 contains an error that has been corrected by a supplemental clerk's record filed June 29, 2021. Accordingly, we **STRIKE** the June 11th supplemental record.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE